# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 03-1223** | **September Term 2011** |
| | FERC-EL02-111-000 |
| | FERC-EL02-111-004 |
| | FERC-EL02-65-000 |
| | FERC-ER05-6-006 |
| | FERC-ER05-6-043 |
| | FERC-ER05-6-117 |
| | **Filed On:** May 10, 2012 |

American Electric Power Service Corporation, et al.,

        Petitioners

    v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Cincinnati Gas & Electric Company, et al.,
        Intervenors

------------------------------

Consolidated with 03-1224, 03-1225,
04-1017, 04-1027, 04-1028, 10-1189,
10-1192, 10-1193, 11-1425, 11-1436,
11-1451, 11-1452, 11-1453, 11-1459,
11-1460, 11-1461, 11-1462, 11-1463

        **BEFORE:**    Rogers and Griffith, Circuit Judges

### O R D E R

    Upon consideration of the joint proposal of petitioners, respondent, and certain intervenors to establish a format and schedule for briefing, it is

    **ORDERED** that the following briefing format and schedule apply:

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 03-1223**　　　　　　　　　　　　　　　　　　　　　　**September Term 2011**

| | |
|---|---|
| Petitioners' Brief Concerning Conditions and Elimination of Through-and-Out Rates (not to exceed 10,000 words) | July 17, 2012 |
| Petitioners' Brief Concerning SECA Rate Design and Implementation of Rate Design (not to exceed 10,000 words) | July 17, 2012 |
| Petitioners' Brief Concerning Petitioner-Specific Issues (not to exceed 10,000 words) | July 17, 2012 |
| Intervenor Brief Concerning Issues in First and Second Petitioner Briefs (not to exceed 10,000 words) | August 16, 2012 |
| Intervenor Brief Concerning Issues in Third Petitioner Brief (not to exceed 5,000 words) | August 16, 2012 |
| Respondent's Brief (not to exceed 30,000 words) | October 15, 2012 |
| Intervenor Brief Concerning Issues in First and Second Petitioner Briefs (not to exceed 10,000 words) | November 14, 2012 |
| Intervenor Brief Concerning Issues in Third Petitioner Brief (not to exceed 5,000 words) | November 14, 2012 |
| Petitioner Reply Brief Concerning Issues in First Petitioner Brief (not to exceed 5,000 words) | December 14, 2012 |
| Petitioner Reply Brief Concerning Issues in Second Petitioner Brief (not to exceed 5,000 words) | December 14, 2012 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 03-1223**                                              **September Term 2011**

| | |
|---|---|
| Petitioner Reply Brief Concerning Issues in Third Petitioner Brief (not to exceed 5,000 words) | December 14, 2012 |
| Deferred Appendix | January 4, 2013 |
| Final Briefs | January 18, 2013 |

The parties will be notified by separate order of the oral argument date and the composition of the merits panel.  The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

### **Per Curiam**